**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorneys for Defendant,
THE VONS COMPANIES, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MELISSA SUE MARIE AZELTINE,

Plaintiff,

v.

THE VONS COMPANIES INC., individually and dba VONS #1795, a Foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO.: 2:16-cv-01193-APG-NJK

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///

///

///

///

MBBM
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

respective fees and costs incurred.

DATED this 28 day of July, 2017.

**THE702FIRM** 7/28/17

/s/ Joel S. Hengstler, Esq.
**MICHAEL C. KANE, ESQ.**
Nevada Bar No. 10096
**BRADLEY J. MYERS, ESQ.**
Nevada Bar No. 8857
**JOEL S. HENGSTLER, ESQ.**
Nevada Bar No. 11597
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
Attorneys for Plaintiff,
MELISSA SUE MARIE AZELTINE

**MORAN BRANDON BENDAVID MORAN**

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
THE VONS COMPANIES, INC.

**IT IS SO ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

Dated: August 2, 2017.

**UNITED STATES DISTRICT JUDGE**

*Respectfully Submitted by:*
**MORAN BRANDON BENDAVID MORAN**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
THE VONS COMPANIES, INC.

MB BM
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568